IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 MAY -9 PM 3:27
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

NATHAN CURTIS TAYLOR
1613 N. Wolfe St
Baltimore md 21213

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

department of Health
and mental Hygiene
201 W Preston St.
Baltimore md, 21201

*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: WDQ-13-1386
*(Leave blank. To be filled in by Court.)*

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) violation of RICO act law violation of the universal Declaration of Human Rights 1945 1947. Conflict of interest law violation (Parochial) local gauleiter state federal government.

Complaint (Rev. 12/2000)

2. The facts of this case are:

I NATHAN CURTIS TAYLOR DOB 1-7-1986 have been targeted unfairly treated by Baltimore city (gestapo) Police since I were a little kid they have done all kinds of unjustified acts of behavior to me slander my character also Agony (Hate crime) because of (sex discrimination) falsely arresting me 2-28-13 because of prejudice sex discrimination just doing whatever they want to do like they above the law like the law the united states constitution dont apply to them (abuse of lawfully giving power) (misconduct) misfeasance this unjustified acts of behavior by Baltimore city Police targeting me for no other reason than sex discrimination have been going on since I was a youth a kid one person who think otherwise is in a group of connive. violation of conflict of interest law

3. The relief I want the court to order is:

☑ Damages in the amount of: **one Hundred million dollars**

☐ An injunction ordering: **court of law is the deliberation of truth.(convince) To cause to believe without doubt**

☑ Other (explain): **I were a victim of Prejudice a Hate crime 10-18-2009 Agony since I were a a little kid this unjustified acts of behavior have been going on ■ adolescent 1-7-1986-2013**

_5-9-13_
(Date)

_nathon taylor_
(Signature)

1613 N. Wolfe St
Baltimore md. 21213

_____
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.