IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATHAN CURTIS TAYLOR, *

Plaintiff, *

v. * Civil No. WDQ-13-1386

DEPARTMENT OF HEALTH AND *
MENTAL HYGIENE,

Defendant. *

\*\*\*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 21st day of May, 2013, ORDERED that:

1. The Plaintiff's Motion to Proceed *in Forma Pauperis* (ECF No. 2) BE, and HEREBY IS, GRANTED;

2. The Complaint IS DISMISSED for failure to state a claim upon which relief may be granted;

3. The Clerk of the Court shall CLOSE this case; and

4. The Clerk shall send copies of this Memorandum Opinion and Order to the parties.

_____
William D. Quarles, Jr.
United States District Judge